UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>vs.<br><br>ASHLEY BONAIR CHAMBERS,<br>a/k/a Mark Ashley Chambers,<br><br>              Defendant. | No. 2:14-CR-077-RMP<br><br>ORDER GRANTING MOTION TO MODIFY |

Before the Court is Defendant's Motion to Modify Release Conditions. After reviewing the Motion, counsel's declaration, and Supplement filed August 28th in response to this Court's Order filed August 13th,

**IT IS ORDERED:**

Defendant's Motion to Modify Release Conditions, **ECF No. 54,** is **GRANTED**.

The Defendant is to reside at the address furnished, and is to obtain the permission of the Court prior to moving from this residence.

All other terms and conditions of pre-trial release are to remain in full force and effect.

DATED September 3, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1