# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Chambers, Ashley Bonair | Docket No. | 2:14CR00077-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Melissa Hanson, pretrial services officer, presenting an official report upon the conduct of defendant, Ashley Bonair Chambers, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 11th day of July 2014, under the following conditions:

**Condition #19**: Defendant shall be prohibited from incurring any new debt (personal or business), opening new lines of credit (personal or business), or encumbering any real property – without the prior approval of the U.S. Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: The defendant is in violation of condition #19 by continuing to operate an online business or account after being directed to discontinue operation.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   October 15, 2014

by   s/Melissa Hanson

Melissa Hanson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

October 21, 2014
Date